| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |

| 1. **Person Reporting** *(Last name, first, middle initial)*<br>CONNER, WILLIAM C. | 2. **Court or Organization**<br>United States District Court<br>Southern District of New York | 3. **Date of Report**<br>03/13/06 |
|---|---|---|
| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Senior United States District Judge | 5. **Report Type** (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. **Reporting Period**<br><br>01/01/05 to 12/31/05 |
| 7. **Chambers or Office Address**<br>United States Courthouse<br>300 Quarropas Street, Room 630<br>White Plains, New York 10601-4150 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting WILLIAM C. CONNER | Date of Report 03/13/06 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 0313/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l Common Stock | A | Div. | M | T | | | | | |
| 2 Precision Castparts " " | A | " | M | T | | | | | |
| 3 Merichem Corp. " " | A | " | L | U | | | | | |
| 4 N.Y. Dorm. Auth. Bonds | B | Int. | K | T | | | | | |
| 5 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 6 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 7 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 8 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 9 N.Y.C. Ser. G " | B | " | K | T | | | | | |
| 10 N.Y.C. Ser. J " | B | " | K | T | | | | | |
| 11 N.Y. UDC Correc. Fac. " | B | " | K | T | | | | | |
| 12 N.Y. Energy R&D " | B | " | K | T | | | | | |
| 13 N.Y. Trans. Fin. Auth. " | B | " | L | T | | | | | |
| 14 N.Y.C. Water Auth. " | D | " | N | T | | | | | |
| 15 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 16 N.Y.C. Trans. Fin. Auth. " | B | " | K | T | | | | | |
| 17 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 N.Y. Dorm. Auth.          Bonds | C | Int. | L | T | | | | | |
| 19 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 20 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 21 L.I. Power Auth.          " | C | " | L | T | | | | | |
| 22 Port Authority          " | C | " | L | T | | | | | |
| 23 N.Y.C. Water Auth.          " | D | " | M | T | | | | | |
| 24 N.Y.C. Water Auth.          " | D | " | M | T | | | | | |
| 25 N.Y.C. Water Auth.          " | C | " | L | T | | | | | |
| 26 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 27 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 28 N.Y. Dorm. Auth.          " | D | " | M | T | | | | | |
| 29 N.Y. Med. Care Facil.          " | C | " | L | T | | | | | |
| 30 N.Y. Dorm. Auth.          " | D | " | M | T | | | | | |
| 31 N.Y. Dorm. Auth.          " | D | " | N | T | | | | | |
| 32 N.Y. Dorm. Auth.          " | D | " | M | T | | | | | |
| 33 Triboro B & T Auth.          " | C | " | L | T | | | | | |
| 34 Met. Trans. Auth.          " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 35 | Met. Trans. Auth.         Bonds | D | Int. | M | T | | | | | |
| 36 | Met. Trans. Auth.         " | C | " | L | T | | | | | |
| 37 | N.Y. Dorm. Auth.         " | D | " | M | T | | | | | |
| 38 | N.Y. Urban Dev. Corp.         " | C | " | L | T | | | | | |
| 39 | Met. Trans. Auth.         " | D | " | M | T | | | | | |
| 40 | Triboro B & T Auth.         " | C | " | L | T | | | | | |
| 41 | Port Authority         " | C | " | L | T | | | | | |
| 42 | N.Y. Dorm. Auth.         " | C | " | L | T | | | | | |
| 43 | Triboro B & T Auth.         " | C | " | L | T | | | | | |
| 44 | N.Y. Dorm. Auth.         " | B | " | | | Sell | 5/3 | L | | |
| 45 | N.Y. Dorm. Auth.         " | C | " | L | T | | | | | |
| 46 | N.Y. Environ. Fac.         " | C | " | L | T | | | | -- |
| 47 | Port Authority         " | D | " | M | T | | | | | |
| 48 | N.Y. Gen. Oblig.         " | C | " | L | T | | | | | |
| 49 | N.Y. Dorm. Auth.         " | C | " | L | T | | | | | |
| 50 | Triboro B & T Auth.         " | D | " | M | T | | | | | |
| 51 | Triboro B & T Auth.         " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/13/06 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52  N.Y.C. Trans. Fin. Auth.        Bonds | D | Int. | M | T | | | | | |
| 53  L.I. Power Auth.                    " | B | " | L | T | | | | | |
| 54  Triboro B & T Auth.             " | D | " | M | T | | | | | |
| 55  N.Y.C. Mun. Water Auth.      " | D | " | M | T | | | | | |
| 56  Triboro B & T Auth.             " | D | " | M | T | | | | | |
| 57  N.Y.C. Mun. Water Auth.      " | B | " | K | T | | | | | |
| 58  N.Y. Environ. Fac.                " | C | " | L | T | | | | | |
| 59  N.Y. Environ. Fac.                " | D | " | M | T | | | | | |
| 60  N.Y. Environ. Fac.                " | C | " | L | T | | | | | |
| 61  N.Y. Environ. Fac.                " | D | " | M | T | | | | | |
| 62  Wash. & Warren Cos.          " | D | " | M | T | | | | | |
| 63  L.I. Power Auth.                    " | D | " | M | T | | | | | |
| 64  N.Y.C. Mun. Water Auth.      " | D | " | M | T | | | | | |
| 65  N.Y. Dorm. Auth.                  " | C | " | L | T | | | | | |
| 66  Madison Co. N.Y.                 " | C | " | L | T | | | | | |
| 67  N.Y.C. Mun. Water Auth.      " | C | " | L | T | | | | | |
| 68  Port Authority                      " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/13/06 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69  N.Y. Environ. Fac.          Bonds | D | Int. | M | T | | | | | |
| 70  L.I. Power Auth.            " | D | " | M | T | | | | | |
| 71  N.Y. Environ. Fac.          " | D | " | M | T | | | | | |
| 72  N.Y. Environ. Fac.          " | D | " | M | T | | | | | |
| 73  N.Y. Environ. Fac.          " | C | " | L | T | | | | | |
| 74  N.Y.C. Mun. Water Auth.     " | D | " | M | T | | | | | |
| 75  N.Y. Dorm. Auth.           " | C | " | L | T | | | | | |
| 76  N.Y.C. Mun. Water Auth.     " | C | " | L | T | | | | | |
| 77  N.Y. Dorm. Auth.           " | B | " | L | T | Buy | 2/1 | L | | |
| 78  N.Y.C. Mun. Water Auth.     " | B | " | L | T | " | 3/3 | L | | |
| 79  N.Y. Environ. Fac.          " | B | " | L | T | " | 4/28 | L | | |
| 80  N.Y. Dorm. Auth.           " | B | " | M | T | " | 5/3 | M | | |
| 81  Livingston Co. NY          " | A | " | L | T | " | 6/1 | L | | |
| 82  Port Authority            " | A | " | L | T | " | 7/20 | L | | |
| 83  N.Y. Environ. Fac.          " | A | " | L | T | " | 8/22 | L | | |
| 84  N.Y.C. Mun. Water Auth.     " | A | " | L | T | " | 10/18 | L | | |
| 85  Met. Trans. Auth.          " | A | " | L | T | " | 11/2 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 86 Suffolk Co. NY Bonds | A | Int. | L | T | Buy | 12/28 | L | | |
| 87 First Trust Ins. Munic.: Bonds | | | | | | | | | |
| 88 Series 19 | A | Int. | J | T | | | | | |
| 89 Series 22 | A | " | | | Redemp. | 4/15 | J | | |
| 90 Insured Munic. Inc. Trust: Bonds | | | | | | | | | |
| 91 Series 21 | A | Int. | J | T | | | | | |
| 92 Series 64 | A | " | J | T | | | | | |
| 93 Series 73 | A | " | J | T | Partial Redemp. | 5/25 | J | | |
| 94 Empire Gtd. Mun. ExTrust: Bonds | | | | | | | | | |
| 95 Series 29 | A | Int. | J | T | Partial Redemp. | 12/1 | J | | |
| 96 Series 36 | A | " | J | T | " | 12/1 | J | | |
| 97 Series 41 | A | " | J | T | " | 6/1 | J | | |
| 98 Series 63 | A | " | | | Redemp. | 2/10 | J | | |
| 99 Series 64 | A | " | J | T | | | | | |
| 100 Series 74 | A | " | | | " | 2/25 | K | | |
| 101 Series 80 | A | " | J | T | | | | | |
| 102 Series 87 | B | " | J | T | Partial Redemp. | 6/1 | J | | |
| 103 Series 91 | B | " | J | T | " | 1/15 3/1 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting | WILLIAM C. CONNER | Date of Report 03/13/06 |

## VII. Page 7  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE**  (No reportable income, assets, or  transactions) | | | | | | | | | |
| 104  Series 98 | C | Int. | K | T | Partial Redemp. | 5/1 | J | | |
| 105  Series 100 | C | " | J | T | " | 6/4 | J | | |
| 106  Series 108 | A | " | | | Redemp. | 9/1 | J | | |
| 107  Series 110 | B | " | J | T | Partial Redemp. | 8/1 10/15 | K | | |
| 108  Series 112 | C | " | J | T | Partial Redemp. | 4/1 | J | | |
| 109  Series 114 | B | " | | | Redemp. | 7/31 | K | | |
| 110  Series 115 | B | " | J | T | Partial Redemp. | 4/1 | J | | |
| 111  Series 116 | C | " | K | T | | | | | |
| 112  Series 118 | B | " | | | Redemp. | 12/15 | J | | |
| 113  Series 119 | C | " | K | T | Partial Redemp. | 12/1 | J | | |
| 114  Series 120 | B | " | J | T | " | 8/1 10/1 | J | | |
| 115  Series 122 | D | " | L | T | " | 12/1 | J | | — |
| 116  Series 124 | C | " | | | Redemp. | 10/1 12/15 | L | | |
| 117  Series 125 | C | " | | | " | 12/15 | K | | |
| 118  Series 126 | B | " | K | T | Partial Redemp. | 9/1 | J | | |
| 119  Series 127 | C | " | L | T | Partial Redemp. | 1/15 | J | | |
| 120  Series 128 | B | " | K | T | | | | | |
| 121  Series 129 | C | " | L | T | " | 8/1 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 122 Series 130 | B | Int. | K | T | Partial Redemp. | 12/1 | J | | |
| 123 Series 131 | D | " | L | T | " | 12/1 | J | | |
| 124 Series 132 | D | " | L | T | " | 1/15 | K | | |
| 125 Series 133 | D | " | L | T | | | | | |
| 126 Series 134 | B | " | K | T | " | 12/1 | J | | |
| 127 Series 135 | C | " | L | T | " | 6/1 | K | | |
| 128 Series 136 | C | " | K | T | " | 1/15 | J | | |
| 129 Series 137 | C | " | K | T | " | 8/1 | J | | |
| 130 | | | | | | | | | |
| 131 The Bank of New York | A | Int. | L | T | | | | | |
| 132 (Account in names of ▮ self at Dobbs Ferry, N.Y. branch) | | | | | | | | | |
| 133 Astoria Federal Savings | A | " | J | T | | | | | --- |
| 134 (Savings account in ▮ name at Hastings, N.Y. branch) | | | | | | | | | |
| 135 Farm, Itasca, Texas | A | Rent | K | W | | | | | |
| 136 | | | | | | | | | |
| 137 | | | | | | | | | |
| 138 | | | | | | | | | |
| 139 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature �altar████████████████          Date _March 13, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544